IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WELLS FARGO BANK, N.A., AS
CERTIFICATE TRUSTEE NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY
AS CERTIFICATE TRUSTEE, IN TRUST
FOR REGISTERED HOLDERS OF
VNT TRUST SERIES 2010-2,

Plaintiff,

v.

RONALD L HOUSTON, et al.,

Defendants.                                    No. 10-0945-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion to dismiss voluntarily pursuant to Federal Rule of Civil Procedure 41(Doc. 13). Specifically, plaintiff moves to dismiss the case as it and the defendant mortgagors entered into a loan modification agreement. Further, the government does not object to the motion. Thus, the Court **GRANTS** the motion and **DISMISSES without prejudice** this cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 2nd day of June, 2011.

David R. Herndon
2011.06.02
04:59:02 -05'00'

**Chief Judge**
**United States District Court**